# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAUREN BAUCOM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-154-JHP-KEW |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 17, 2018, the United States Magistrate Judge entered a Findings and Recommendation in regard to counsel's request for compensation pursuant to 42 U.S.C. § 406(b). The Magistrate Judge recommended that Plaintiff's Motion for Relief Pursuant to Fed. R. Civ. P. 60(b)(6) and Motion for Attorney Fees Under 42 U.S.C. § 406(b) be granted, and that counsel be compensated in the amount of $13,051.64 in attorneys' fees from the past due benefits retained by the Commissioner. No party has filed any objection to the Magistrate Judge's Findings and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

This Court finds the Findings and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on July 17, 2018, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED this 23rd day of August, 2018.**

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma